inasmuch as the protest also claimed the 40 percent rate of duty under paragraph 907, the protests were sustained as to all of the claims made, according to the dates of entry or withdrawal from warehouse.

**No. 52187.**—Best & Co., Inc. *v.* United States, protests 31331–K, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52188.**—William Filene's Sons Co. *v.* United States, protest 128091–K (Boston).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52189.**—T. D. Downing Co., a/c Wm. Filene's Sons Co. *v.* United States, protests 503372–G, etc. (Boston).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52190.**—W. T. Grant Co. *v.* United States, protest 974366–G/11535 (New Orleans).